No. 35, Orig. UNITED STATES v. MAINE ET AL. Report of the Special Master on the Massachusetts boundary is received and ordered filed. Exceptions to the Report, with supporting briefs, may be filed by the parties within 45 days. Replies thereto, with supporting briefs, may be filed within 30 days. [For earlier decision herein, see, e. g., 471 U. S. 375.]

No. 101, Orig. PENNSYLVANIA v. ALABAMA ET AL. Motion for leave to file bill of complaint denied.

No. 83–1807. EASTERN AIR LINES, INC. v. MAHFOUD ON BEHALF OF MAHFOUD ET AL. C. A. 5th Cir. [Certiorari granted, 469 U. S. 814.] Case restored to calendar for reargument.

No. 83–2004. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. v. ZENITH RADIO CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 471 U. S. 1002.] Motion of Government of Japan for leave to file a brief as amicus curiae granted.

No. 84–773. BENDER ET AL. v. WILLIAMSPORT AREA SCHOOL DISTRICT ET AL. C. A. 3d Cir. [Certiorari granted, 469 U. S. 1206.] Motion of the Solicitor General for leave to participate in oral argument as amicus curiae and for divided argument granted. JUSTICE BRENNAN, JUSTICE MARSHALL, JUSTICE BLACKMUN, and JUSTICE STEVENS would deny this motion.

No. 84–1044. PACIFIC GAS & ELECTRIC CO. v. PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Sup. Ct. Cal. [Probable jurisdiction noted, 470 U. S. 1083.] Motion of appellees Toward Utility Rate Normalization et al. for divided argument denied. JUSTICE BLACKMUN and JUSTICE POWELL took no part in the consideration or decision of this motion.

No. 84–6716. IN RE JOKINEN. Petition for writ of mandamus denied.

No. 84–978. EXXON CORP. ET AL. v. HUNT, ADMINISTRATOR OF NEW JERSEY SPILL COMPENSATION FUND, ET AL. Appeal from Sup. Ct. N. J. Probable jurisdiction noted.